IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

David Gassman, et al.                        ,
      Plaintiff(s),

v.                                                    Case No. 2:25-cv-176-BHL

Guardian Credit Union                        ,
      Defendant(s).

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1 , Plaintiff  David Gassman,        makes the
following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required
information. <u>Attach separate pages as necessary to fully provide required information.</u>**

☑ This party is an individual, who resides in Waukesha County, WI        .

☐ This party is a publicly held corporation or other publicly held entity, incorporated in
_____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and
with a principal place of business in _____.

☐ This party has parent corporations

      If yes, identify **on attached page(s)** all parent corporations, including
      grandparent and great-  grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held
corporation or other publicly held entity.

      If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 2/28/2025     Signature: /s/ J. Gerard Stranch, IV

Printed Name: J. Gerard Stranch, IV

Title: Plaintiff's Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on February 28, 2025, the foregoing Business Entity Disclosure pursuant to Civil L.R. 7.1 was filed with the Clerk of Court using the CM/ECF system, which will  then send a notification of such filing (NEF) to all counsel of record.


February 28, 2025                    /s/ J. Gerard Stranch, IV