**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| DAVID GASSMAN, individually and on behalf of all others similarly situated,<br><br>v.<br><br>GUARDIAN CREDIT UNION,<br><br>Defendant. | Case No. 2:25-CV-00176<br><br>**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |

**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant, Guardian Credit Union ("Guardian"), by and through its attorneys, respectfully moves to dismiss with prejudice Plaintiff's Amended Class Action Complaint. A memorandum of law in support of this Motion is being filed contemporaneously herewith as an exhibit to a Motion for Leave to file excess pages.

**WHEREFORE**, Defendant, Guardian Credit Union, respectfully requests that the Court grant its Motion and dismiss all counts of the Amended Complaint filed by Plaintiff, David Gassman, with prejudice, and grant such other and further relief that the Court deems just and equitable.

Dated: June 9, 2025

Respectfully submitted,

By: */s/ Corey T. Hickman*
Corey T. Hickman

*Attorney for Defendant*
*Guardian Credit Union*

Amber C. Coisman (Wis. Bar. No. 1102371)
Melissa A. Siebert
Corey T. Hickman
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
T: (312) 474-4490
F: (312) 300-5645
acoisman@cozen.com
msiebert@cozen.com
chickman@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that, on June 9, 2025, I electronically filed the foregoing **Rule 12(b)(6) Motion to Dismiss Amended Complaint** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Corey T. Hickman*
Corey T. Hickman