DAVID GASSMAN,

        Plaintiff,

v.

GUARDIAN CREDIT UNION,

        Defendant.

Case No. 25-cv-0176-bhl

## NOTICE OF RULE 16(b) TELEPHONE SCHEDULING CONFERENCE

The Court will conduct a telephone scheduling conference pursuant to Fed. R. Civ. P. 16(b) and Civil L.R. 16(a), on **July 1, 2026, 2026 at 9:30 a.m.** To appear by telephone, you must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time.

The Court will expect counsel familiar with the case to appear and be ready to discuss the matters identified in Fed. R. Civ. P. 16(c)(2) and Civil L.R. 16(a)(1). In advance of the conference, counsel must discuss a discovery plan as required by Fed. R. Civ. P. 26(f). A formal written Rule 26(f) report must be filed no later than **seven days** before the scheduling conference. Following the conference, the Court will enter a scheduling order setting deadlines for, among other things, the joinder of other parties; amendments to the pleadings; filing dispositive motions; completing fact and expert discovery; and disclosing expert witnesses. The Court may also set dates for a Final Pretrial Conference and/or Trial.

LINDA M KLEMM
Clerk of Court

Dated: May 19, 2026

*s/ Julie D.*      
Deputy Clerk