|  |  |
|---|---|
| DAVID GASSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN CREDIT UNION,<br><br>Defendant. | Case No. 2:25-cv-00176<br><br><br><br>**RULE 26(F) REPORT** |

## PARTIES' JOINT RULE 26(F) REPORT

Pursuant to this Court's May 19, 2026 order, D.E. 41, and pursuant to Section IV of this Court's General Procedures, Plaintiff David Gassman and Defendant Guardian Credit Union respectfully submit this proposed list of dates and deadlines. The parties spoke via Teams teleconference on June 23, 2026.

### MEDIATION

1. The parties have been engaged in informal settlement discussions following the Court's ruling on the motion to dismiss, but wish to retain the assistance of an outside mediator to aid in those efforts. As such, the parties propose that time be built into the beginning of the case schedule to participate in a mediation prior to the commencement of written discovery.

2. The parties shall work together to schedule and participate in a mediation on or before September 15, 2026.

### DISCOVERY

3. The parties' initial disclosures as required by Fed. R. Civ. P. 26(a) must be provided on or before July 31, 2026.

4. Amendments to the pleadings may be filed without leave of Court on or before September 1, 2026. Fed. R. Civ. P. 15 will apply to any motion for leave to amend filed after that date.

5. All fact discovery must be completed no later than July 19, 2027. Discovery requests must be served sufficiently in advance of this deadline such that timely responses are due before the deadline expires.

6. In accordance with Fed. R. Civ. P. 26, primary expert witness disclosure is due on or before August 19, 2027 and rebuttal expert witness disclosure is due on or before September 18, 2027. These documents are to be exchanged between the parties and are not to be filed with the Court.

7. All expert discovery, including depositions, must be completed no later than October 30, 2027.

8. Expedited non-dispositive motions must comply with Civil L. R. 7(h). Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

## COLLECTIVE AND CLASS ACTION MOTIONS

9. Motions for class certification shall be served and filed on or before November 19, 2027. Responses shall be due January 18, 2028, and replies shall be due March 3, 2028.

## SUMMARY JUDGMENT MOTIONS

10. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L. R. 7 and may be filed and served at any time after the close of fact discovery, but shall be served and filed no later than March 10, 2028.

## FINAL PRETRIAL CONFERENCE AND TRIAL

11. A final pretrial conference will be held on _____ at the United States Federal Building and Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI 53202. 12.

12. A jury trial will be held on _____ at the United States Federal Building and Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI 53202.

## ADDITIONAL PROCEDURES

13. All requests of the Court must be made by formal motion in accordance with Civil L. R. 7 and the Federal Rules of Civil Procedure.

14. The parties will confer regarding the preparation and filing of an agreed confidentiality order, and if necessary, an ESI protocol.

15. Counsel are to confer and make a good faith effort to settle the case and explore various methods of alternate dispute resolution. The Court will refer the case to one of the magistrate judges for mediation, at no cost to the parties, when a request is made at least ninety (90) days prior to the final pretrial conference.

16. Settlement discussions must be completed prior to the final pretrial conference. In cases where settlement occurs after the final pretrial conference, the Court may impose jury related costs, including notification, travel, and attendance fees, upon the responsible attorneys.

17. The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the Court. The pendency of motions or settlement discussions shall not justify modification of the schedule, nor delay the taking of discovery.

Dated: June 24, 2026                    Respectfully submitted,

/s/ Michael C. Tackeff
Michael C. Tackeff
J. Gerard Stranch, IV
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (facsimile)
mtackeff@stranchlaw.com
gstranch@stranchlaw.com

**Counsel for Plaintiff and the Proposed Classes**

/s/ Corey T. Hickman
Corey T. Hickman
Melissa A. Siebert
Erin Bolan Hines
**COZEN O'CONNOR**
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900
chickman@cozen.com
msiebert@cozen.com
ebolanhines@cozen.com

**Counsel for Defendant**

4

## **CERTIFICATE OF SERVICE**

I certify that on June 24, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court, which will send notice of electronic filing to all counsel of record.

*/s/ Michael C. Tackeff*
Michael C. Tackeff