**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

Court Minutes

| | |
|---|---|
| HEARING DATE: | July 1, 2026 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 25-cv-0176 |
| CASE NAME: | Gassman v. Guardian Credit Union |
| MATTER: | Civil Scheduling Conference |
| APPEARANCES: | Michael Tackeff, Attorney for Plaintiff |
| | Corey Hickman, Attorney for Defendant |
| TIME: | 9:32 a.m. to 9:49 a.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 43**

---

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed. The parties noted their intention of participating in mediation before September 15, 2026. The Court will issue a separate scheduling order adopting in part the deadlines as proposed in the parties' Rule 26(f) report.