**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| DAVID GASSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUARDIAN CREDIT UNION,<br><br>Defendant. | Case No. 2:25-cv-00176<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff David Gassman, by and through his undersigned counsel, and along with Defendant Guardian Credit Union, hereby jointly stipulate to the voluntary dismissal of Plaintiff's claims against Defendant Guardian Credit Union, ***without*** prejudice, with each party to bear their own fees and costs.

Dated: November 4, 2026

Respectfully submitted,

*/s/ Michael C. Tackeff*
Michael C. Tackeff
J. Gerard Stranch, IV
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (facsimile)
mtackeff@stranchlaw.com
gstranch@stranchlaw.com

***Counsel for Plaintiff and the Proposed Classes***

*/s/ Erin Bolan Hines w/ permission*
Corey T. Hickman
Melissa A. Siebert
Erin Bolan Hines
**COZEN O'CONNOR**

123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900
chickman@cozen.com
msiebert@cozen.com
ebolanhines@cozen.com

***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

I certify that on November 4, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court, which will send notice of electronic filing to all counsel of record.

*/s/ Michael C. Tackeff*
Michael C. Tackeff